**ORIGINAL**

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

RECEIVED
2011 SEP -7  P 4: 07

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. NO. 2:11cr162-MEF |
| v. | ) | [18 USC 1341] |
| | ) | |
| JONATHAN MICHAEL SLAUGHTER | ) | **INFORMATION** |

The United States Attorney charges:

## COUNT 1

1.  At all times material to this Information:

   a.   The Universal Service Fund ("USF") was created by the Federal Communications Commission ("FCC") and was financed by monies collected from telecommunications companies based on the companies' revenues from providing international and interstate communications services. The FCC established four programs that were administered with monies from the USF. One of these programs was the Schools and Libraries program, also known as E-rate, which was established to provide affordable telecommunications services to all eligible schools and libraries, especially those in rural and economically disadvantaged areas. The Universal Service Administrative Company administered the E-rate program.

   b.   The defendant JONATHAN MICHAEL SLAUGHTER owned and was the president of E-Rate Consulting Services, LLC ("ECS") in Montgomery, Alabama. ECS was in the business of assisting schools and libraries in their efforts to qualify for funding from the E-rate program. As part of ECS's arrangement with its clients, ECS would receive via the mail checks payable to ECS's clients, and ECS was supposed to forward the checks to the client.

2. From in or about May 2006 through in or about January 2009, in the Middle District of Alabama, and elsewhere, the defendant

JONATHAN MICHAEL SLAUGHTER

devised a scheme and artifice to defraud and for obtaining money and property by means of materially false and fraudulent pretenses, representations, and promises, which scheme and artifice consisted of SLAUGHTER (a) causing checks made payable to ECS's clients to be deposited into an ECS bank account, (b) failing to transmit the funds to ECS's clients, (c) using the funds largely for personal expenses, and (d) not disclosing any of these facts to ECS's clients, as described below:

| CLIENT | TOTAL AMOUNT CONVERTED |
|---|---|
| Dermott Public School District (Arkansas) | $6,809.24 |
| Citrus County School District (Florida) | $678,288.69 |
| Eckerd Halfway House/E-Ku Sumee (Florida) | $5,670 |
| Hendry County School District (Florida) | $39,031.19 |
| Kuna Joint School District (Idaho) | $3,523.67 |
| Middleton School District #134 (Idaho) | $4,299.25 |
| The Winchendon School (Massachusetts) | $8,316.00 |
| Northwood Children's Services (Minnesota) | $24,797.66 |
| Prairie Academy (Minnesota) | $4,673.99 |
| Poplar Bluff School District (Missouri) | $7,672.77 |
| Red Cloud Community School District (Nebraska) | $2,254.52 |
| SAU 41–Hollis Brookline Schools (New Hampshire) | $1,765.18 |
| Beaufort County School District (North Carolina) | $9,730.00 |
| Middle Ohio Education (Ohio) | $23.01 |
| Penns Valley Area School District (Pennsylvania) | $10,966.83 |
| Bedford County School District (Tennessee) | $23,215.94 |

| CLIENT | TOTAL AMOUNT CONVERTED |
|---|---|
| Banquete Independent School District (Texas) | $18,655.72 |
| Cleburne Independent School District (Texas) | $7,231.32 |
| Leander Independent School District (Texas) | $31,872.31 |
| Teague Independent School District (Texas) | $3,190.56 |
| **TOTAL** | $891,987.85 |

3.   On or about December 1, 2008, in Montgomery County, in the Middle District of Alabama, and elsewhere, the defendant

JONATHAN MICHAEL SLAUGHTER

for the purpose of executing the above described scheme and artifice and attempting to do so, did cause to be placed in a post office and authorized depository for mail matter and did take and receive therefrom the following matter and thing to be sent and delivered by the Postal Service, namely, a check in the amount of $3,190.56 payable to the Teague Independent School District and mailed to ECS at P.O. Box 242157 in Montgomery, Alabama, in violation of Title 18, United States Code, Section 1341.

GEORGE L. BECK, JR.
UNITED STATES ATTORNEY

Andrew O. Schiff
Assistant U.S. Attorney